1 ANDRÉ BIROTTE JR.
United States Attorney
2 SANDRA R. BROWN
Assistant United States Attorney
3 Chief, Tax Division
JAMES C. HUGHES (CA SBN: 263878)
4 Assistant United States Attorney
   Room 7211 Federal Building
5  300 North Los Angeles Street
   Los Angeles, CA 90012
6  Telephone: (213) 894-4961
   Facsimile: (213) 894-6551
7  Email: james.hughes2@usdoj.gov

8 Attorneys for United States of America
Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CV14-4071 DSF (FFMx) |
|---|---|
| Petitioner, | Notice of Service of |
| v. | (1) Order to Show Cause; (2) Petition to Enforce Internal Revenue Service Summonses; Memorandum of Points and Authorities; and Supporting Declaration; (3) Notice of Assignment to United States Magistrate Judge for Discovery; (4) Notice to Parties of Court Directed ADR Program; and (5) Stipulation to Enforce IRS Summons |
| ASALAVAN CREW, | |
| Respondent. | |
| | Date: September 29, 2014 |
| | Time: 1:30 PM |
| | Location: Roybal Federal Building and United States Courthouse, Courtroom No. 804 |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |

I, Kenneth Morgan, pursuant to 28 U.S.C. § 1746(2), declare as follows:

1. I am over eighteen years of age, and I am not a party to the above-captioned case.

2. I am employed as a Revenue Officer of the Internal Revenue Service.

1

3. At the request and direction of the United States Attorney's Office for the Central District of California, on ___6-17-2014___, I served <u>Asalavan Crew</u> (the respondent) with true and correct copies of the following: (1) Order To Show Cause; (2) Petition To Enforce Internal Revenue Service Summonses; Memorandum Of Points And Authorities; and Supporting Declaration; (3) Notice of Assignment to United States Magistrate Judge for Discovery; and (4) Notice to Parties of Court Directed ADR Program:

☒ by delivering the documents to the respondent personally,

☐ by delivering the documents to the following individual residing at the usual place of abode of the respondent:

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___6-17-2014___

*/s/ Kenneth Morgan*
Kenneth Morgan
Revenue Officer
Internal Revenue Service

2

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **June 24, 2014,** I served

**NOTICE OF SERVICE**

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: **June 24, 2014**

Place of mailing: Los Angeles, California

**See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 24, 2014**, Los Angeles, California.

/s/
**Barbara Le**

RE:   UNITED STATES OF AMERICA V. ASALAVAN CREW

CASE NO.: CV 14-4071 DSF (FFMx)

Service List

Asalavan Crew
21656 Rose Canyon Ln
Santa Clarita, CA 91390